IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 16–28–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| THOMAS EARL DEMPSEY, NICK WEST, CARISSA LYNN KOPP, and HANNAH NICHOLE PARKER, | |
| Defendants. | |

The United States has filed a motion to dismiss the forfeiture count in the Indictment as to the defendants. The defendants do not oppose the motion. For good cause shown,

IT IS ORDERED that the United States' motion (Doc. 70) is GRANTED. The forfeiture count is hereby dismissed with prejudice as to the defendants.

DATED this 17th day of October, 2016.

Dana L. Christensen, Chief Judge
United States District Court